The motion for reconsideration is DENIED. The Terms of service to which Plaintiff consented require transfer of any case "relating to . . . the Service." Terms of Service at 15. Service is defined as "the YouTube platform." *Id.* at 3. Plaintiff's claims, even as described in her motion for reconsideration, plainly "relat[e] to" YouTube and its content moderation policies, and transfer is thus appropriate.

SO ORDERED.

Hon. Ronnie Abrams
June 1, 2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATALIYA SIDOLI, an individual
Plaintiff,
v.
YouTube, LLC and Google LLC,
Defendants.

Case No.: 25 CV 08465 (RA)

# Motion for Reconsideration

Your Honor, I am humbly asking for your reconsideration and not to transfer my legal complaint to California. My Complaint is not related to my unlawfully removed Youtube channel.

I am bringing to this Court video evidence of almost 40 billions Youtube views — Google LLC/ Youtube LLC daily crimes against hundreds millions of minors on Youtube:

1. Defendant's material contribution to promote pornography, obscenity and nudity on Youtube;
2. Defendant's material contribution to promote pornography, obscenity and nudity on Youtube to minors on Youtube;
3. Defendant's material contribution to promote pornography, obscenity and nudity on Youtube to minors on Youtube putting life of minors in danger.

Since I filed my first Legal Complaint to have my unlawfully removed channel reinstated which I filed on February 25th 2025 (Case No. 25-cv-01586 (AS) (SN)) and after my legal complaint was transferred and dismissed in CA, Defendant took zero actions to remove Youtube channels (evidentially submitted in my Legal complaint) and their videos which put lives of hundreds of millions of minors on Youtube in danger. Defendant knowingly targeting harmful, dangerous, pornographic content of those YouTube channels to millions of minors on Youtube with the highest views on social media — those are billions of views and those are the channels with millions of subscribers.

**Defendant severely violated NY Penal Law § 235.22 — Disseminating Indecent Material to Minors: Makes it illegal to knowingly send or display to a minor (under 17) any communication, image, or description of sexual activity with intent to arouse or engage the minor. Applies to online platforms, websites, and messages.**

If my Complaint is transferred to California, Defendant will be fully unaccountable for multiple violations and crimes against minors on Youtube.

Dated: May 28th, 2026

Respectfully submitted,
NATALIYA SIDOLI

126 East 12th Street, Apt 1A
New York, NY 10003

Email: nataliasidoliny@gmail.com

*Nataliya Sidoli*

2026 MAY 28 AM 9:49

SDNY PRO SE OFFICE
RECEIVED